

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00702-CV

**ORION REAL ESTATE** and Woodhill Public Facility Corp.,
Appellants

v.

Martha R. **SARRO**, Individually and as Next Friend of Jared Adrian Mata, a minor,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015-CV-07384
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellees' motion to file out of time brief is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court